IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLOTTE FARHAT, et al., )
    Plaintiffs, )
     )
v. )
     )  Case Number: 1:14-CV-02766-WMN
     )
METROPOLITAN LIFE INSURNACE )
COMPANY, )
    Defendant. )

## VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the Plaintiffs, that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Metropolitan Life Insurance Company pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this 8 April 2015

Mrs. Charlotte Farhat
804 Johnson Grove Lane
Bowie, Maryland 20712
    Mrs. Charlotte Farhat

Mr. Arthur Farhat
804 Johnson Grove Lane
Bowie, Maryland 20712
    Mr. Arthur Farhat

Ms. Sheila Griffiths
804 Johnson Grove Lane
Bowie, Maryland 20712
    Ms. Shelia Griffiths

Ms. Sheila Griffiths for minor son
Shelemiah Griffiths-Johnson
804 Johnson Grove Lane
Bowie, Maryland 20712
    Sheila Griffiths for ▬▬▬

**Collectively, Plaintiffs**

"_____APPROVED_____" THIS 14th DAY
OF ___April___, 20_15_
_____/s/_____
SENIOR UNITED STATES DISTRICT JUDGE
WILLIAM M. NICKERSON

| | |
|---|---|
| Mrs. Charlotte Farhat<br>804 Johnson Grove Lane<br>Bowie, Maryland 20712 | *Charlotte Farhat*<br>_____<br>Charlotte Farhat |
| Mr. Arthur Farhat<br>804 Johnson Grove Lane<br>Bowie, Maryland 20712 | *[signature]*<br>_____<br>Arthur Farhat |
| Ms. Sheila Griffiths<br>804 Johnson Grove Lane<br>Bowie, Maryland 20712 | *[signature]*<br>_____<br>Sheila Griffiths |
| Ms. Sheila Griffiths for minor son<br>Shelemiah Griffiths-Johnson<br>804 Johnson Grove Lane<br>Bowie, Maryland 20712 | *[signature]*<br>_____<br>Sheila Griffiths for |
| **Collectively, Plaintiffs** | Date: April 8, 2015 |

2015 APR -8 PM 11:47
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE-NIGHT BOX